52

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

BASIL C. OGBU,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION, FBI, UNKNOWN AGENTS

AND CONTRACTORS,

Defendants.

Case: 2:25-cv-12105
Assigned To : Murphy, Stephen J., III
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 7/11/2025
Description: CMP OGBU v US
DEPARTMENT OF JUSTICE ET AL (LLH)

Case No.:

Honorable:-

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. 1983 / Bivens Action)

Plaintiff, Basil C. Ogbu, appearing pro se, states as follows for his Complaint against the above-named

Defendants:

I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. 1331 (federal question) and 28 U.S.C. 1343 (civil

rights violations).

2. Venue is proper under 28 U.S.C. 1391 because Plaintiff resides in Detroit, Michigan, and a substantial part

of the events giving rise to this claim occurred in the Eastern District of Michigan.

II. PARTIES

3. Plaintiff Basil C. Ogbu is a U.S. citizen and African-Nigerian-American inventor residing at 13101

Broadstreet Avenue, Detroit, Michigan 48238. He holds U.S. Patent Nos. 10086182B2, 11071851B2,

11116952B2 for steam therapy medical devices.

Complaint
1 of 5

4. Defendants include:

a. United States Department of Justice, Civil Rights Division (DOJ-CRD) - Responsible for handling civil rights complaints.

b. Federal Bureau of Investigation (FBI) - Allegedly involved or complicit in surveillance activities targeting Plaintiff.

c. Unknown Agents and Contractors - Individuals operating vehicles marked with insignia such as "FBI," "Homeland Security," "U.S. Army Veteran," and "Uber," who are suspected of engaging in coordinated harassment, chemical exposure, and intimidation against Plaintiff.


III. FACTUAL ALLEGATIONS

5. Plaintiff publicly disclosed an innovative steam therapy technology, which was cited by the National Institutes of Health (NIH) and later removed without explanation.

6. Since that disclosure, Plaintiff has been subjected to a disturbing pattern of surveillance, harassment, and intimidation by individuals believed to be acting under color of federal authority.

7. Surveillance incidents include being followed, having license plates recorded, and observing suspicious vehicles parked near his home with federal or military insignia.

8. Plaintiff has experienced repeated chemical exposure, including unknown substances sprayed in his car and home, which caused him physical distress.

9. His food has been tampered with and he has suffered unexplained illness after consuming it.

10. On 12/23/2021, Plaintiff made an incident report with Case No. 2021-00114445 with the Henry County Police Department Georgia regarding chemicals sprayed inside his vehicle, and whenever inhaled, he becomes sick. Food tampering and chemicals were also sprayed inside his room where he sleeps. Instead of investigating, Officer suggested he had an undiagnosed mental health condition.

11. On 01/01/2019 Plaintiff went to Beaumont Hospital Royal Oak with a waist pain, was admitted to a psychiatric ward.

12. Lab tests revealed the presence of ethylene glycol and opiates in Plaintiff's bloodstream.

13. In an effort to determine if Plaintiff is being lawfully investigated or targeted, Plaintiff submitted Freedom

Complaint
2 of 5

of Information Act (FOIA) requests to the City of Detroit Police Department, FBI, Department of Homeland Security, and DIA. To date, no response, denial, or acknowledgment has been received from any of these agencies, further compounding the lack of due process and transparency in this case. FBI returned to sender, then on July 07/2025, plaintiff sent email to FBI requesting FOIA records pertaining Basil Ogbu.

14. Plaintiff filed a formal complaint with DOJ-CRD on November 8, 2021, assigned Report No. 114337-JWM, but has received no due process or follow-up, violating his 14th Amendment rights.

15. Plaintiff recently made an incident report to the Detroit Police Department number: 2505260297 on 5/23/25 regarding chemical spraying inside his car and home. Also reported a partial list of surveillance vehicles to the police. He was told a detective would contact him; till date, the detective did not call. No due process or investigation.

16. On 7/3/2025, Plaintiff submitted a written follow-up request for investigation regarding DOJ Report No. 114337-JWM, detailing ongoing harassment, surveillance, and civil rights violations, with a partial log of vehicle surveillance incidents including dates, times, license plates, and locations.

17. Plaintiff no longer has a copy of the original November 8, 2021 submission to DOJ, but confirms it was properly submitted and received as evidenced by the DOJ-assigned report number.

18. Plaintiff also contacted the American Civil Liberties Union (ACLU), the National Association for the Advancement of Colored People (NAACP), and Congressman Shri Thanedar requesting legal support. ACLU and the Congressman did not respond; NAACP replied that they were unable to assist with the case.


IV. CAUSES OF ACTION

Count I - Violation of 14th Amendment (Due Process & Equal Protection)

19. Defendants failed to investigate Plaintiff's complaint or provide equal protection under the law, denying him due process and basic civil rights.


Count II - Unlawful Surveillance, Chemical Exposure & Harassment

20. Plaintiff was targeted by unauthorized surveillance, property access, and physical exposure to toxic substances, in violation of his 4th and 5th Amendment rights.

Complaint
3 of 5

Count III - Retaliation for Protected Speech & Invention Disclosure

21. The campaign of intimidation began after Plaintiff's patented invention gained attention and NIH citation, suggesting retaliation for protected expression and innovation.

Count IV - Violation of Freedom of Information Act (FOIA)

22. Plaintiff incorporates all prior paragraphs.

23. Plaintiff submitted valid FOIA requests to multiple agencies, including the DIA, DHS, and the City of Detroit Police Department, seeking information related to possible investigations or surveillance conducted against him.

24. These agencies failed to respond within the statutory timeframe under 5 U.S.C. 552(a)(6)(A)(i).

25. The agencies have not provided acknowledgment, justification for delay, or denial.

26. Plaintiff is entitled to the requested records and seeks judicial enforcement of his FOIA rights.

27. Plaintiff respectfully requests that this Court order the named federal agencies to disclose the requested documents and grant any other relief as appropriate.

V. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Declare that Plaintiff's constitutional rights have been violated;

b. Order an immediate injunction to stop the surveillance, harassment, and chemical exposure;

c. Award compensatory damages for physical, emotional, and economic harm;

d. Award punitive damages against the responsible parties;

e. Appoint legal counsel under 28 U.S.C. 1915(e)(1);

f. Grant any further relief this Court deems just and proper.

Respectfully submitted,

Dated: July 10, 2025

Complaint
4 of 5

Basil C. Ogbu

13101 Broadstreet Avenue

Detroit, MI 48238

bcogbu@yahoo.com

(313) 333-0715

Complaint
5 of 5

# CIVIL COVER SHEET (JS-44)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## I. PLAINTIFFS

Name: Basil C. Ogbu

Address: 13101 Broadstreet Avenue, Detroit, MI 48238

Email: bcogbu@yahoo.com

Phone: (313) 333-0715

## II. DEFENDANTS

United States Department of Justice, Civil Rights Division;

Federal Bureau of Investigation (FBI);

Unknown Agents and Contractors

## III. BASIS OF JURISDICTION

[X] 1. U.S. Government Plaintiff

[X] 3. Federal Question (U.S. Government Defendant)

## IV. NATURE OF SUIT

[X] 440 Civil Rights - Other

[X] 550 Civil Rights - Conditions of Confinement

[X] 950 Constitutional Law

## V. ORIGIN

[X] 1. Original Proceeding

## VI. CAUSE OF ACTION

42 U.S.C. § 1983 - Civil action for deprivation of rights.

Claims of ongoing surveillance, harassment, and civil rights violations related to plaintiff's invention.

## VII. REQUESTED IN COMPLAINT

[X] Monetary Relief

Civil Cover Sheet

1 of 2

[X] Injunctive Relief

[X] Emergency TRO

**VIII. RELATED CASE IF ANY**

None


Date: July 10, 2025

Signature of Plaintiff: _____

Printed Name: Basil C. Ogbu

Civil Cover Sheet
2 of 2

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Brought Under 42 U.S.C. § 1983 or Bivens)

# EXHIBIT INDEX

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

BASIL C. OGBU,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION,

FEDERAL BUREAU OF INVESTIGATION (FBI), UNKNOWN AGENTS AND CONTRACTORS,

Defendants.

Case No.: _____

Honorable: _____

## EXHIBIT INDEX

| Exhibit | Title | Description |
|---------|-------|-------------|
| Exhibit A | Patent Documents | Copies of 3 U.S. patents related to steam therapy device. |
| Exhibit B | NIH Citation | NIH citation copy for steam therapy before removal. |
| Exhibit C | DOJ Civil Rights Division Letter | Letter acknowledging Report No. 114337-JWM. |
| Exhibit D | FOIA to DIA | FOIA letter, email acknowledgment, and certified mail receipt. |
| Exhibit E | FOIA to Detroit PD | FOIA letter and certified mail receipt. |
| Exhibit F | Detroit PD Report | Local incident investigation report. |
| Exhibit G | Henry County PD Report (GA) | Incident No. 2021-00114445. |
| Exhibit H | FOIA to FBI | Returned FOIA letter and recent FOIA email. |
| Exhibit I | FOIA to DHS | FOIA letter with certified mail receipt. |
| Exhibit J | DOJ Follow-Up Letter (7/3/25) | Includes partial surveillance log and USPS receipt. |
| Exhibit K | Letter to NAACP | Letter requesting civil rights support with certified mail receipt. |

Exhibit Index
1 of 2

| Exhibit L | Letter to ACLU | Letter requesting legal assistance with certified mail receipt. |
|-----------|----------------|------------------------------------------------------------------|
| Exhibit M | Letter to Congressman Shri Thanedar | Letter with USPS receipt requesting intervention. |

Exhibit Index
2 of 2

Ex A



US011116952B2

(12) **United States Patent**      (10) **Patent No.:**   **US 11,116,952 B2**

Ogbu      (45) **Date of Patent:**   *****Sep. 14, 2021**

(54) **STEAM THERAPY EQUIPMENT FOR GOOD HEALTH AND WELLNESS**

(71) Applicant: **Basil C. Ogbu**, Detroit, MI (US)

(72) Inventor: **Basil C. Ogbu**, Detroit, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 447 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/118,085**

(22) Filed: **Aug. 30, 2018**

(65) **Prior Publication Data**

US 2018/0369551 A1    Dec. 27, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 15/625,471, filed on Jun. 16, 2017, now Pat. No. 10,086,182, which is a (Continued)

(51) **Int. Cl.**
    *A61M 37/00*      (2006.01)
    *A61K 36/58*      (2006.01)
    (Continued)

(52) **U.S. Cl.**
    CPC ............ *A61M 37/00* (2013.01); *A61F 7/0053* (2013.01); *A61F 7/0085* (2013.01); *A61H 33/06* (2013.01); *A61H 33/065* (2013.01); *A61H 33/066* (2013.01); *A61H 33/12* (2013.01); *A61H 33/6068* (2013.01); *A61H 35/02* (2013.01); *A61K 36/18* (2013.01); *A61K 36/185* (2013.01); *A61K 36/21* (2013.01); *A61K 36/22* (2013.01); *A61K 36/23* (2013.01); *A61K 36/28* (2013.01); *A61K 36/31* (2013.01); *A61K 36/45* (2013.01); *A61K 36/47* (2013.01); *A61K 36/484* (2013.01); *A61K 36/52* (2013.01); *A61K 36/54* (2013.01); *A61K 36/58* (2013.01); *A61K 36/61* (2013.01); *A61K 36/73* (2013.01); *A61K 36/736* (2013.01); *A61K 36/752* (2013.01); *A61K 36/889* (2013.01); *A61K 36/9066* (2013.01); *A61M 37/0015* (2013.01); *F24F 6/02* (2013.01); *F24F 6/18* (2013.01); *A61F 2007/0055* (2013.01); *A61F 2007/0062* (2013.01); *A61F 2007/0086* (2013.01); *A61F 2007/0087* (2013.01); *A61F 2007/0261* (2013.01); *A61H 2033/068* (2013.01); *A61H 2201/0207* (2013.01); *A61H 2201/0257* (2013.01); *A61H 2201/10* (2013.01); *A61H 2201/5043* (2013.01); (Continued)

(58) **Field of Classification Search**
    CPC .. A61K 2300/00; A61K 36/185; A61K 36/21; A61K 36/22; A61K 36/23; A61K 36/28; A61K 36/31; A61K 36/45; A61K 36/47; A61K 36/484; A61K 36/52; A61K 36/54; A61K 36/58; A61K 36/61; A61K 36/73;

A61K 36/736; A61K 36/752; A61K 36/889; A61K 36/9066; A61K 36/18; A61F 2007/0055; A61F 2007/0062; A61F 2007/0086; A61F 2007/0087; A61F 2007/0261; A61F 7/0053; A61F 7/0085; A61H 2033/068; A61H 2201/0207; A61H 2201/0257; A61H 2201/5043; A61H 2201/5048; A61H 2201/5058; A61H 2201/5071; A61H 2201/5082; A61H 2201/10; A61H 2205/024; A61H 2205/08; A61H 33/06; A61H 33/065; A61H 33/066; A61H 33/12; A61H 33/6068; A61H 35/02; A61M 2205/3368; A61M 2205/36; A61M 37/00; A61M 37/0015; F24F 6/18; F24F 6/02; Y02A 50/30
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,797,554 A | 3/1931 | Obidine |
| 2,076,171 A | 4/1937 | Besuzzi |
| | (Continued) | |

FOREIGN PATENT DOCUMENTS

| FR | 2730633 | 2/1995 |
| KR | 20090077636 A | 7/2009 |

OTHER PUBLICATIONS

SaunaFin "Aromatherapy for Saunas: What Essential Oil Is Best for You" Oct. 25, 2017, retrieved from <URL:saunafin.com/blog/home-saunas/aromatherapy-sauna-essential-oil/> on Dec. 31, 2020, 2 pages (Year: 2017).*

(Continued)

*Primary Examiner* — Aaron J Kosar
(74) *Attorney, Agent, or Firm* — Dykema Gossett PLLC

(57) **ABSTRACT**

A steam therapy equipment including a vessel for heating a mixture of water and organic materials, a compressor to inject pressurized air into the vessel producing pressurized steam. The pressurized steam is conducted into the equipment via one or more valves. The therapy equipment is formed from at least one panel and may include a supporting frame. The therapy equipment includes a temperature sensor to measure the temperature inside the therapy equipment when pressurized steam is admitted via the valves. A patient enters the equipment and is exposed to the pressurized steam, causing dilation of the skin pores of the patient, whereby toxins are removed from the patient. One or more applicators may conduct pressurized steam to specific portions of the body of the patient. The patient may be provided with a portion of the mixture to consume as part of the steam therapy treatment.

**20 Claims, 6 Drawing Sheets**



Patents
1 of 3



US011071851B2

## (12) United States Patent
### Ogbu

(10) Patent No.: **US 11,071,851 B2**
(45) Date of Patent: **Jul. 27, 2021**

(54) **STEAM THERAPY EQUIPMENT FOR GOOD HEALTH AND WELLNESS**

(71) Applicant: **Basil C. Ogbu**, Detroit, MI (US)

(72) Inventor: **Basil C. Ogbu**, Detroit, MI (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 418 days.

(21) Appl. No.: **16/118,068**

(22) Filed: **Aug. 30, 2018**

(65) **Prior Publication Data**

US 2018/0369550 A1    Dec. 27, 2018

### Related U.S. Application Data

(60) Division of application No. 15/625,471, filed on Jun. 16, 2017, now Pat. No. 10,086,182, which is a
(Continued)

(51) **Int. Cl.**
*A61H 33/06*     (2006.01)
*A61M 37/00*     (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... *A61M 37/00* (2013.01); *A61F 7/0053* (2013.01); *A61F 7/0085* (2013.01); *A61H 33/06* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .............. A61M 37/00; A61M 2205/36; A61M 2205/3368; A61M 37/0015; F24F 6/02;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,797,554 A | * | 3/1931 | Obidine ................. A61H 33/12 4/537 |
| 2,076,171 A | * | 4/1937 | Besuzzi ................. A61H 33/06 4/532 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| FR | 2730633 | 2/1995 |
| KR | 20090077636 A | 7/2009 |

OTHER PUBLICATIONS

Pramod Kerkar, MD, Wonders of Steam Inhalation of Benefits of Inhaling Steam, epainassist.com, May 31, 2017, https://www.epainassist.com/articles/wonders-of-steam-inhalation.

*Primary Examiner* — Eugene T Wu

(74) *Attorney, Agent, or Firm* — Dykema Gossett PLLC

(57) **ABSTRACT**

A steam therapy equipment including a vessel for heating a mixture of water and organic materials, a compressor to inject pressurized air into the vessel producing pressurized steam. The pressurized steam is conducted into the equipment via one or more valves. The therapy equipment is formed from at least one panel and may include a supporting frame. The therapy equipment includes a temperature sensor to measure the temperature inside the therapy equipment when pressurized steam is admitted via the valves. A patient enters the equipment and is exposed to the pressurized steam, causing dilation of the skin pores of the patient, whereby toxins are removed from the patient. One or more applicators may conduct pressurized steam to specific portions of the body of the patient. The patient may be provided with a portion of the mixture to consume as part of the steam therapy treatment.

**17 Claims, 6 Drawing Sheets**



Patent 2 of 3



US010086182B2

(12) **United States Patent**
Ogbu

(10) **Patent No.:** US 10,086,182 B2
(45) **Date of Patent:** Oct. 2, 2018

(54) **STEAM THERAPY EQUIPMENT FOR GOOD HEALTH AND WELLNESS**

(71) Applicant: **Basil C. Ogbu**, Detroit, MI (US)

(72) Inventor: **Basil C. Ogbu**, Detroit, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/625,471**

(22) Filed: **Jun. 16, 2017**

(65) **Prior Publication Data**
US 2017/0354809 A1    Dec. 14, 2017

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 15/178,519, filed on Jun. 9, 2016, now abandoned.

(51) **Int. Cl.**
*A61K 36/00* (2006.01)
*A61M 37/00* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ............ *A61M 37/00* (2013.01); *A61H 33/06* (2013.01); *A61H 33/065* (2013.01); *A61H 33/066* (2013.01); *A61H 33/12* (2013.01); *A61H 33/6068* (2013.01); *A61H 35/02* (2013.01); *A61K 36/18* (2013.01); *A61K 36/185* (2013.01); *A61K 36/21* (2013.01); *A61K 36/22* (2013.01); *A61K 36/23* (2013.01); *A61K 36/28* (2013.01); *A61K 36/31* (2013.01); *A61K 36/45* (2013.01); (Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,044,772 A | * | 8/1977 | Schloss .................. | A61H 33/06 4/524 |
| 4,432,103 A | * | 2/1984 | Hunziker ............... | A47K 3/284 4/525 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| FR | 2730633 | * | 2/1995 |
| KR | 20090077636 A | * | 7/2009 |

OTHER PUBLICATIONS

Pramod Kerar, MD, Wonders of Steam Inhalation of Benefits of Inhaling Steam, epainassist.com, May 31, 2017, https://www.epainassist.com/articles/wonders-of-steam-inhalation.

*Primary Examiner* — Christopher Robin Tate
(74) *Attorney, Agent, or Firm* — Dykema Gossett PLLC

(57) **ABSTRACT**

A steam therapy equipment including a vessel for heating a mixture of water and organic materials, a compressor to inject pressurized air into the vessel producing pressurized steam. The pressurized steam is conducted into the equipment via one or more valves. The therapy equipment is formed from at least one panel and may include a supporting frame. The therapy equipment includes a temperature sensor to measure the temperature inside the therapy equipment when pressurized steam is admitted via the valves. A patient enters the equipment and is exposed to the pressurized steam, causing dilation of the skin pores of the patient, whereby toxins are removed from the patient. One or more applicators may conduct pressurized steam to specific portions of the body of the patient. The patient may be provided with a portion of the mixture to consume as part of the steam therapy treatment.

**11 Claims, 6 Drawing Sheets**



Patent
3 of 3

 *Ex B*

PATENT SUMMARY

# Steam therapy equipment for good health and wellness

**▶▶ Cite**     **⬇ Download**

| Patent | US-11071851-B2 |
| --- | --- |
| Inventor | OGBU BASIL C (US) |
| Assignee | OGBU BASIL C (US) |
| Country | United States |
| Dates | Priority:     Grant:<br>2016/06/09   2021/07/27 |
| Description | This web page summarizes information in PubChem about patent US-11071851-B2. This includes chemicals mentioned, as reported by PubChem contributors, as well as other content, such as title, abstract, and International Patent Classification (IPC) codes. To read more about how this page was constructed, please visit the **PubChem patents help page**.<br><br>▶ PubChem |

# Contents

**Title and Summary**

**1 Abstract**

**2 Full Text**

**3 Important Dates**                                                      ⌄

N I H   1   of   1



*Exc*

# U.S. Department of Justice
# Civil Rights Division

*Washington, DC 20530*

November 8, 2021

Basil C. Ogbu
6829 Champioship Dr.
Whitsett, NC 27377

Dear Basil C. Ogbu,

You contacted the Department of Justice on November 8, 2021. After careful review of what you submitted, we have decided not to take any further action on your complaint.

What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 114337-JWM.

What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

To find a local office:

*Civil Rights*

*1 of 2*

American Bar Association
www.findlegalhelp.org
(800) 285-2221

Legal Service Corporation (or Legal Aid Offices)
www.lsc.gov/find-legal-aid
(202) 295-1500

How you have helped:

While we don't have the capacity to take on each individual report, your report
can help us find issues affecting multiple people or communities. It also helps us
understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your
concerns. We regret we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division

Civil Rights
2 of 2



*ExD*

**DIA FOIA Request Letter – Surveillance and Defense Interest**

To:

Defense Intelligent Agency

Attn: FOIA Office

7400 Pentagon

Washington, DC 20301 – 7400

**Subject:** FOIA Request – <u>Records Pertaining to Basil C. Ogbu and Patent No. US10086182B2</u>

**Dear FOIA Officer,**

Under the provisions of the Freedom of Information Act, 5 USC 552, I respectfully request access to any and all records, reports, assessments, emails, or communications maintained by the Defense intelligence Agency (DIA) concerning me:

**Full Name:** Basil Ogbu

**Date of Birth:** 12/28/1961

**Place of Birth:** Kaduna Nigeria

**Address:** 13101 Broadstreet Detroit Michigan 48238

**Phone Number:** 313 333 0715

**Email Address:**

**I am specifically requesting:**

1. All records, internal communications, or assessments referencing my name, date of birth, address, or company;
2. Any DIA documentation regarding or referencing my U.S. patent **US10086182B2,** a steam therapy device and process for health and immune support using heat, humidity, and plant-based compounds;
3. Any investigative files, surveillance reports, monitoring efforts, or red flag designations related to my activities;
4. Any collaboration and data sharing between DIA and other federal agencies (e.g., DOD,DHS,DOJ, or FDA) regarding me or my intellectual property;
5. Any communications with the military contractors, personnel, or former service members involving my invention or its potential national security relevance;
6. Any materials evaluating the feasibility, health claims, or biothermal properties of the steam therapy device as they relate to immunology or biodefense.



FOIA Defense Intelligent agency
1 of 4

Please provide these documents electronically if possible. If any records are withheld in whole or part, I request that you justify all deletions by reference to specific exemptions of FOIA and provide all the segregable portions.

I make this request in good faith as a U.S. citizen and African/Nigerian-American inventor who believes my work may have attracted unauthorized or unconstitutional attention from government or military entities, possibly due to the perceived biomedical defense relevance of my invention.

Thank you for your time and consideration.


Sincerely,

**Basil C. Ogbu**


4/8/2025

FOIA Defense Intelligent Agency
2 of 4

Search your mailbox

Account Info ▾ | Go

**Inbox**   Contacts   Notepad   Calendar

Inbox
Drafts                    23
Sent
Archive
Spam
Trash

Folders        Edit   Hide
+ New folder
Drafts
Maureen Ogbu

Delete   Spam   Actions ▾   Apply

### Additional information required

bcogbu@yahoo.co.../Inbox

~**DIA FOIA** <foia1@dodiis.mil>
To: bcogbu@yahoo.com <bcogbu@yahoo.com>

Apr 16 at 1:28 PM
Print   Raw message

Classification: UNCLASSIFIED
================================================

Greetings,

Thank you for submitting your request to the Defense Intelligence Agency. In order to process your request, please provide the responses for the following question:

1.      Have you ever been employed by or undergone the hiring process with the Defense Intelligence Agency?
2.      Is this the best way to contact you?

Once we receive the updated information, we will send an acknowledgment letter.

V/r,

**DIA FOIA Service Center**
**www.dia.mil/FOIA.aspx**
(301) 394-6253

================================================
Classification: UNCLASSIFIED

Delete   Spam   Actions ▾   Apply

FOIA Defense Intelligent Agency
3 of 4



U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____          Postmark
☐ Adult Signature Required         $ _____            Here
☐ Adult Signature Restricted Delivery $ _____      APR - 8 2025

Postage

Total Postage and Fees

Sent To  D I A
Street and Apt. No., or PO Box No.  7400 Pentagon
City, State, ZIP+4  Washington DC 20301-7400

7021 0350 0001 1115 4108

FOIA Defense Intelligent Agency

4 of 4

To: FOIA Coordinator

Detroit Police Department

2 Woodward Ave., Suite 500

Detroit Michigan 48226

Ex E

Subject: <u>FOIA Request - Records Pertaining to Basil C. Ogbu of 1301 Broadstreet Avenue Detroit Mi 48238</u>

Dear FOIA Officer,

Pursuant to the Michigan Freedom of Information Act (MCL 15.231 et seq.), I am requesting access to and copies of all records, reports, and internal communications related to myself, Basil C. Ogbu, specifically:

1. Any notes , emails, internal memos, or reports referencing my name, home address (13101 Broadstreet Avenue Detroit Michigan 48238, or interactions with DPD officers;
2. Any surveillance reports, internal inquiries, or investigations referencing my name or address;
3. Any assessment, referrals, or notes suggesting mental health evaluations or similar language.

I request that this information be provided in a digital format if available. If any part of this request is denied, please cite the specific exemption (s) and inform me of the appeal process.

Thank you for your time and assistance.

Sincerely,

Basil C. Ogbu

13101 Broadstreet Avenue

Detroit Michigan 48238

313 333 0715

4/8/2025

FOIA  city  of  Detroit  Police
1  of  2



U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
City of Detroit Law dept.

Street and Apt. No., or PO Box No.
2 Woodward Ave Ste 500

City, State, ZIP+4®
Detroit MI 48226

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 0350 0001 1115 4078

FOIA city of Detroit Police
2 of 2

EXP

| | | |
|---|---|---|
| Agency Name *Detroit Police Department* | **INCIDENT/INVESTIGATION REPORT** | Case# *250526-0297* |

**I N C I D E N T**

| | |
|---|---|
| ORI  *MI 8234900* | Date / Time Reported  *05/26/2025  20:34  Mon* |

Location of Incident  *13101 BROADSTREET AVE, Detroit MI 48238*  Gang Relat: NO  Premise Type *Residence/home*  Zone/SCA *1002*

Last Known Secure  *05/23/2025  12:00  Fri*
At Found  *05/26/2025  20:34  Mon*

**I N C I D E N T   D A T A**

| #1 | Crime Incident(s)  *Property- Lost*  (Com )  *99074* | Weapon / Tools  *None* | | | Activity *N* |
|---|---|---|---|---|---|
| | | Entry | Exit | Security | |
| #2 | Crime Incident  *General Assistance*  (Com )  *99008* | Weapon / Tools  *None* | | | Activity *N* |
| | | Entry | Exit | Security | |
| #3 | Crime Incident  ( ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |

MO

**V I C T I M**

# of Victims  *1*   Type:  INDIVIDUAL/ NOT LAW   Injury: None/none Apparent   Domestic: NO

| V1 | Victim/Business Name (Last, First, Middle)  *OGBU, BASIL* | Victim of Crime #  *1,* | DOB  *12/28/1961*  Age  *63* | Race *B* | Sex *M* | Relationship To Offender *199* | Resident Status  *Resident* | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address  *14600 LAUDER ST , Detroit, MI 48227-*   Email   Home Phone *313-307-1026*

Employer Name/Address   Business Phone *313-333-0715*   Mobile Phone *313-307-1026*

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**O T H E R S   I N V O L V E D**

CODES:  V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB  Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address   Email   Home Phone

Employer Name/Address   Business Phone   Mobile Phone

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB  Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address   Email   Home Phone

Employer Name/Address   Business Phone   Mobile Phone

**P R O P E R T Y**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| *1* | *65* | *LOST* | *$0.00* | | *1* | *DRIVER LICENSE* | | |
| *1* | *65* | *LOST* | *$0.00* | | *1* | *INSURANCE CARD* | | |

Officer/ID#  *Barash, Dominic   (WES, 10TH)* ▓▓▓

Invest ID#  *(0)*   Supervisor  *Felix, Joshua L   (WES, 10TH) (239063)*

| Status | Complainant Signature | Case Status  *Active*  ▓▓▓  *05/26/2025* | Case Disposition: | Page 1 |
|---|---|---|---|---|

*R_CS1BR*   Sys#: 1189653   07/07/2025 08:27

Incident/Investigation Report Detroit Police
1 of 4

## INCIDENT/INVESTIGATION REPORT

*Detroit Police Department*

Case # *250526-0297*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *NONE*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 250526-0297

*Detroit Police Department*

NARRATIVE

R_CS2IBR                                                                                                Page 2

*Incident/Investigation report  Detroit Police*
*2 of 4*

# REPORTING OFFICER NARRATIVE

| Detroit Police Department | | OCA 250526-0297 |
|---|---|---|
| Victim OGBU, BASIL | Offense PROPERTY- LOST | Date / Time Reported Mon 05/26/2025 20:34 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Property - Lost and General Assistance [05/26/2025 20:47, BARASHD440, 33018] Doso Dominic Barash 10desk

On 5/26/2025, the victim talked into the 10th Precinct to report his driver's license and insurance/medical card lost. The victim noticed that he lost it about 3 days ago and does not know where or when he lost the ID or medical/insurance cards.

The victim states that since he received a patent on his machine in 2018 that he has been having chemicals sprayed into his vehicle and around his house that is making him sick. He says that people have been following him and taking that his vehicle information. The victim stated that he eats his food and that he gets sick from him eating that food. The victim has times, dates and vehicle information for the people that have been taking down his vehicle information; some of them are listed below.

5/23/2025 4:30pm W I-96 before Schaeffer DXY7628
5/20/2025 2pm Grand River and Ward 8PMP91
5/20/2025 10:13am Davison and 6 mile EVU5881
5/22/2025 1:26pm 12 Mile and Lasher OWAA52

.

Incident/Investigation report 3 of 4  Detroit Police

## Incident Report Related Property List

*Detroit Police Department*

OCA: *250526-0297*

| 1 | Property Description **DRIVER LICENSE** | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value **$0.00** | Qty **1.000** | Unit | Jurisdiction **Locally** | | |
| | Status **Lost** | Date **05/26/2025** | NIC # | State # | | Local # | OAN | | |
| | Name (Last, First, Middle) **Ogbu, Basil** | | | | DOB **12/28/1961** | Age **63** | Race **B** | Sex **M** | |

Notes

| 2 | Property Description **INSURANCE CARD** | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value **$0.00** | Qty **1.000** | Unit | Jurisdiction **Locally** | | |
| | Status **Lost** | Date **05/26/2025** | NIC # | State # | | Local # | OAN | | |
| | Name (Last, First, Middle) **Ogbu, Basil** | | | | DOB **12/28/1961** | Age **63** | Race **B** | Sex **M** | |

Notes

*Incident/Investigation report of Detroit Police*
*4 of 4*

EX 6



## HENRY COUNTY POLICE DEPARTMENT
### FIELD CASE REPORT

CASE# **2021-00114445**

| EVENT | | | | |
|---|---|---|---|---|
| REPORTED DATE/TIME **12/23/2021 10:38** | OCCURRED INCIDENT TYPE **IFO (GENERAL)** | | | **Family Violence: NO** |
| OCCURRED FROM DATE/TIME **10/02/2018 00:00** | OCCURRED THRU DATE/TIME **12/23/2021   10:30** | LOCATION OF OCCURRENCE **108 S ZACK HINTON PKWY (200) Mcdonough, GA 30253 Mcdonough, GA** | | |

**OFFENSES**

| STATUTE/DESCRIPTION | COUNTS | ATTEMP/COMMIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUBJECT**

| JACKET/SUBJECT TYPE **Adult** | **Reporting Person** | NAME (LAST, FIRST, MIDDLE SUFFIX) **Ogbu, Basil Chukwuemeka** | | | | |
|---|---|---|---|---|---|---|
| DOB **12/28/1961** | AGE or AGE RANGE **59** | ADDRESS (STREET, CITY, STATE, ZIP) **844 Kohl DR Mcdonough  GA, 30253** | | | | |
| RACE **Black / African American** | | SEX **Male** | HEIGHT or RANGE **5'6** | WEIGHT or RANGE | HAIR **Black** | EYE **Brown** |
| DL NUMBER/STATE **000045760658 / NC** | | PRIMARY PHONE **(336)210-5632** | | PHONE #2 | | PHONE #3 |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 |

| REPORTING OFFICER **162 Lawrence, J. 7128** | DATE **12/23/2021** | REVIEWED BY **Lyle, S.** | **12/23/2021** |
|---|---|---|---|

HCPD Case 2021-00114445 Page 1 OF 2

Henry County Police Department

1 of 4

# HENRY COUNTY POLICE DEPARTMENT

## STATEMENT FORM

CASE NUMBER: 2021-00119445          PAGE 2 OF 2

is inventing a useful process
that produces high heat and
humidity to get toxins out
of the body, through
persiparation / sweating.
The US patent number is:
US10086182b2 — a steam
therapy equipment for
good health and wellness.
I need help to make
this stop.

SIGNATURE: _____

HPCD  03-0011  REV 4/15

Henry County police Department
2 of 4

## HENRY COUNTY POLICE DEPARTMENT

### STATEMENT FORM

CASE NUMBER: 2021-00 1144 45

PERSON INTERVIEWED: BASIL C. OGBU

ADDRESS: 844 Kohl Dr

CITY: McDonough   STATE: GA   ZIP: 30253

DATE OF BIRTH: 12/28/6/   SOCIAL SECURITY (optional): _____

SEX: M   RACE: Black   HEIGHT: 5'7"   WEIGHT: 220   AGE: 59

EMPLOYER: _____

ADDRESS: _____

PHONE (HOME): 336   (WORK): 336 210 5632   (CELL): 336 210 5632

EMAIL ADDRESS: bcogbu@yahoo.com

---

**DETAILS (WHO, WHAT, WHEN, WHERE, WHY, HOW) (SIGN & DATE UPON COMPLETION)**

I was granted a patent on
October 02, 2018 and ever since
then, my life has been hell. My
vehicle being sprayed with
some kind of chemical, and
whenever I inhele it, I get sick.
My food is being poisoned and my
room where I stay is sprayed
with some kind of chemical that
makes me sick whenever I
sleep in it. I guess my offence

SIGNATURE: _____

---

**FOR DEPARTMENTAL USE ONLY**

VICTIM: ☒   WITNESS: ☐   SUSPECT: ☐   OTHER: ☐

DATE/TIME STATEMENT TAKEN/INTERVIEW BEGAN: 12/23/2021   1038

COMPLETED: 12/23/2021   1046

STATEMENT TAKEN/INTERVIEWED BY: J. Lawrence   ID #: 7128

HPCD 03-0011 REV 4/15

Henry County Police Department
3 of 4



**HENRY COUNTY POLICE DEPARTMENT**

FIELD CASE REPORT          CASE# **2021-00114445**

| NARRATIVE |
| --- |

On Thursday December 23, 2021 at approximately 1038 hours, Basil Ogbu (DOB: 12/28/1961) walked into the watch office in reference to someone trying to kill him. Mr. Ogbu told me that on October 2, 2018 he was given a US Patent (US1008618262) for an invention he created on a medical device. Mr. Ogbu told me that ever since he got the patent, he noticed every time he got into his vehicle he would smell some type of chemical coming through his air vents. Mr. Ogbu told me that he has been to several other states and every state he goes to the same thing happens.

Mr. Ogbu believes someone is trying to poison him because his invention was created to save lives. I asked Mr. Ogbu if he has ever scene a doctor about the chemicals. Mr. Ogbu told me that when he went to the doctor they told him he had drugs in his system. When I asked him what kind of drugs they found in his system, Mr. Ogbu told me they found methamphetamine in his system.

I called Mr. Ogbu's brother Geoffrey Aningo (470-708-2126). Mr. Aningo was unaware of his brother's situation. Mr. Aningo spoke with his brother on speaker phone but I was unable to hear what they were saying due to them speaking in a foreign language. When Mr. Ogbu and Mr. Aningo were finished talking I asked Mr. Aningo if Mr. Ogbu had any mental health illnesses.

Mr. Aningo told me he was unaware of any mental health illnesses with his brother. It appeared to me that Mr. Ogbu has an undiagnosed mental health condition and I told Mr. Aningo that it would be a good idea to seek mental health treatment for his brother Mr. Ogbu. Mr. Ogbu was able to provide me with a written statement form.

The written statement form will be submitted into records.

This investigation is recorded by my agency issued BWC.

| REPORTING OFFICER | DATE | REVIEWED BY | |
| --- | --- | --- | --- |
| 162 Lawrence, J. 7128 | 12/23/2021 | Lyle, S. | 12/23/2021 |

HCPD Case 2021-00114445 Page 2 OF 2

Henry County Police Department
4 of 4

EX H



FOIA FBI

1 of 3

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

**OFFICIAL USE**

| Certified Mail Fee | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark
Here

APR - 8 2025

7021 0350 0001 1115 4085

Sent To **FBI**
Street and Apt. No., or PO Box No. **170 MARCEL DRIVE**
City, State, ZIP+4® **Winchester, VA 22602-4843**

**FOIA FBI**
**2 of 3**

Search your mailbox

Account Info ▼   Go

**Sent**

Delete   Actions ▼   Apply

### FOIA Request-Records Pertaining to Basil C. Ogbu

bcogbu@yahoo.co.../Sent

**Basil Ogbu** <bcogbu@yahoo.com>
To: national.foiaportal@usdoj.gov
Cc: Basil Ogbu <bcogbu@yahoo.com>

Jul 7 at 11:41 PM

Print   Raw message

| Inbox | 46 |
| Drafts | 23 |
| **Sent** | |
| Archive | |
| Spam | |
| Trash | |

Folders   Edit   Hide

› New folder

Drafts

Maureen Ogbu

To: Federal Bureau of Investigation
ATTN: Office of Information Policy
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
Email: National.FOIAPortal@usdoj.gov

Subjects: FOIA Request-Records Pertaining to Basil C. Ogbu

Dear FOIA Officer,
Under the provisions of the Freedom of Information Act (5 USC 552), I respectfully request access to all FBI records concerning myself:
Full Name: Basil C. Ogbu
Date of Birth: 12/28/1961
Place of Birth: Kaduna Nigeria
Current Address: 13101 Broadstreet Avenue Detroit Michigan 48238
Phone Number: 313 333 0715
Email Address: bcogbu@yahoo.com
I am requesting the following records:
1.   Any investigative, surveillance, or case files referring to my name, address, social media presence (including LinkedIn), patent work, or any federal monitoring;
2.   Any communications between the FBI and other local agencies referencing me, my U.S. patent (US10086182B2), or my medical steam therapy invention;
3.   Any reports, watch lists, or suspicious activity logs related to me or my family;
4.   Any documentation involving behavioral or mental health referrals linked to my identity or police reports I filed in Detroit, MI;
5.   Any references to food or product tampering, stalking, or harassment complaints I submitted that were shared with or investigated by the FBI.
This request is made as part of a good-faith effort to understand and document what I believe is a coordinated attempt to suppress my intellectual property, harass my family, and discredit my person through discriminatory and unconstitutional means.
If any documents are withheld or redacted, please cite the legal exemption justifying each withholding. Please process this request under the "all records" standard, and provide the results electronically if possible. I am willing to verify my identity further if needed and will complete any additional forms required.
Thank you for your assistance.
Sincerely,
Basil C. Ogbu

7/7/2025

Delete   Actions ▼   Apply

FOIA FBI
3 of 3

**DHS FOIA Request Letter – Targeted Surveillance and Inventor Suppression**

**To:**

Department of Homeland Security

Chief FOIA Officer

245 Murray Lane SW

Stop-0655

Washington, D.C.

20528-0655

**Subject:** FOIA Request-Records Pertaining to Basil C. Ogbu

Pursuant to the Freedom of information Act, 5 USC 552, I am requesting access to any and all records, communications, or data maintained by the Department of Homeland Security, including all sub-agencies (e.g. ICE, CBP, TSA,USSS, and the Office of Intelligence and Analysis), that pertain to me:

**Full Name:** Basil C. Ogbu

**Date of Birth:** 12/28/1961

**Place of Birth:** Kaduna Nigeria

**Address:** 13101 Broadstreet Avenue Detroit Michigan 48238

**Phone Number:** 313 333 0715

**Email:** bcogbu@yahoo.com

**I specifically request:**

1. Any records indicating I am or was the subject of surveillance, monitoring, investigation, or profiling;
2. Any mention of my patented invention **(US Patent No. US10086182B2)** in any reports or inter-agency communications;
3. Any DHS documents referencing my name, home address, vehicle registration orb business activities;
4. Any referrals, tips, complaints, or alerts submitted by local, state, or federal law enforcement agencies regarding my identity;
5. Any classification or labeling of me in relation to national security, public health, or behavioral risk assessments;
6. Any internal communications, emails, or memos within DHS or shared with partner agencies regarding my complaints, activities, or personal life.



FOIA DHS

1 of 3

If any portion of the requested records is exempt from disclosure, please provide the non-exempt portion s and cite the applicable FOIA exemptions. I request digital/electronic delivery of records if possible.

This request is made in good faith as a U.S. citizen, African/Nigerian-American inventor, and a small business owner who believes I may have been subjected to unconstitutional and discriminatory targeting and monitoring related to my patent and advocacy for natural immunotherapy.

Thank you for your time and attention to this matter.


Sincerely,

Basil C. Ogbu


4/8/25

FOIA DHS
2 of 3

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

# OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here
APH

Sent To DHS

Street and Apt. No. or PO Box No. 245 Murray Lane SW stop-0655

City, State, ZIP+4® Washington DC 20528-0655

PS Form 3800, April 2015     See Reverse for Instructions

7021 0350 0001 1115 4061

FOIA DHS
3 of 3

*ExJ*

**Basil C. Ogbu**
**13101 Broadstreet Avenue**
**Detroit Michigan 48238**
**Email: bcogbu@yahoo.com**
**Phone: 313 333 0715**
**Date: 7/3/2025**

**U.S. Department of Justice**
**Civil Rights Division**
**950 Pennsylavania Avenue, NW**
**Washington, DC 20530-0001**

**Subject: Follow-Up Request for Investigation – DOJ Report No. 114337-JWM –Ongoing Harassment, Surveillance, and Civil Rights Violations.**

**Dear Civil Rights Division,**

**I am writing to follow up on my previous complaint filed under DOJ Report Number 114337-JWM, submitted on or about November 8, 2021, concerning continuous surveillance, harassment, and intimidation I have endured as a U.S. citizen and inventor of patented health technology.**

**To date, I have received no due process, no investigation findings, no protection, and no meaningful response from your office. I respectfully ask: Is this not a violation of the 14th Amendment's Equal Protection and Due Process Clauses? Would a citizen of different background or political affiliation be ignored in the same way?**

**Since the filing of that report, my situation has worsened. I continue to be:**

- **Surveilled and followed by unmarked and suspicious vehicles, some displaying insignia such as "FBI," "Homeland Security," "U.S. Army Veteran," and "Uber,"**
- **Targeted by individuals who appear to be photographing my license plate or monitoring my movements.**
- **Harassed and intimidated in ways that raise serious concerns for my safety and constitutional rights**
- **Denied equal protection under the law by federal silence or inaction**

**I have attached a list of documented vehicle surveillance incidents, including dates, times, license plates, and locations. These are not isolated occurrences. They are part of a sustained campaign of psychological and physical intimidation which appears to stem from my invention and intellectual property (U.S. Patent No. 10086182B2 and related patents).**

**Since the public disclosure of this technology – cited by the National Institute of Health (NIH) prior to unexplained removal**

**I now ask directly:**

D O J Follow-Up letter
1 of 5

1. **Who are these individuals? Who do they work for?**
2. **Are they operating under any legal federal authority or contract?**
3. **Why has my report remained unaddressed since 2021?**
4. **Does DOJ intend to enforce the 14th Amendment in my case, or am I being subjected to discrimination and unequal treatment under the law?**

As an African – Nigerian – American inventor, this continued pattern of neglect and intimidation suggests either institutional bias or a willful disregard for my civil rights. I am prepared to escalate this to public advocacy, legal representation, and congressional oversight if necessary.

Please treat this as a formal request for immediate investigation and response.


Respectfully,


**Basil C. Ogbu**
**Inventor/U.S. Citizen**
**U.S. Patent Holder –**
**10086182B2, 11071851B2,**
**11116952B2**

| No | Date | Registration Plate Number | Location | Time |
|----|------|---------------------------|----------|------|
| 01 | 7/2/25 | PF155365 Illinois | Grandriver/Southfield, Detroit | 8:00 am |
| 02 | 7/1/25 | DVN 5002 | Buenavista/Broadstreet, Detroit Michigan (staking my house) | 2:52 pm |
| 03 | 6/30/25 | EXT 7995 | Grandriver/Southfield, Detroit | 4:57 pm |
| 04 | 6/27/25 | 4NCM4 | Grandriver/Schaefer, Detroit | 10:19 am |
| 05 | 6/24/25 | 3QQE50 | 7 Mile/Hubbell, Detroit | 11:29 am |
| 06 | 6/24/25 | 762AYN South Carolina | 7 Mile/Greenfield, Detroit | 7:03 am |
| 07 | 6/23/25 | 1NKC62 | Fisher Fwy W/Clifford Service Drive, Detroit | 8:36 am |
| 08 | 6/18/25 | ELV 1001 | 7 Mile/Heyden, Detroit | 12:05 pm ** |
| 09 | 6/17/25 | 9QLT62 | Lodge/Davision, Detroit | 10:23 am |
| 10 | 6/17/25 | AS3OUT Florida | Greenfield Market, Puritan/Greenfield, Detroit | 1:35 pm |

DOJ follow-Up Letter
2 of 5

| 11 | 6/16/25 | EWU 6735 | 6 Mile/Greenfield, Detroit | 8:28 am |
| 12 | 6/16/25 | EVQ 8272 | 96/Grandriver, Detroit | 6:23 pm |
| 13 | 6/12/25 | ELH 854 | Livernois/Elmhurst, Detroit | 9:07 am |
| 14 | 6/10/25 | EJY 2475 | Buenavista/Livernois, Detroit | 10:21 am |
| 15 | 6/5/2025 | EXS 5895 Uber | 20905 Greenfield Rd, Oak Park MI 48237 | 8:24 am |
| 16 | 6/4/2025 | EMS 8694 | I-75 South before Clay Avenue Detroit | 10:31 am |
| 17 | 5/30/2025 or 5/31/2025 | 1VRON | Schoolcraft/Southfield, Detroit | 12:01 pm |
| 18 | 5/30/2025 or 5/31/2025 | EYC or EYL 4495 | Providence /9 Mile Southfield | 12:13 pm |
| 19 | 5/30/2025 or 5/31/2025 | ZYJ 3424 | Fenkell/Greenfield Detroit | 12:30 pm |
| 20 | 5/30/2025 or 5/31/2025 | F6V741 Kentucky plate | Plymouth/Greenfield Detroit | 12:51 pm |
| 21 | 6/2/25 or 6/3/25 or 6/4/25 | ECM 5809 | Wyoming/St Martins Detroit | 12:48 pm |
| 22 | 6/2/25 | EYN 2020 | Puritan/Southfield Service Drive Detroit | 11:39 am |
| 23 | 6/2/25 | EHD 5428 | Birwood/Midland Detroit | 5:46 pm |
| 24 | 6/2/25 | 7PNJ63 | Verne/Warwick, Detroit | 11:34 am |
| 25 | 5/28/2025 | 2QNR37 | Elmhurst/Monica Detroit | 6:47 am |
| 26 | 5/23/2025 | DXY7628 | I-96W/Schaefer Detroit | 4:30 pm |
| 27 | 5/23/2025 | 8QVV55 | Grandriver/6mile Detroit | 8:01 am |
| 28 | 5/22/2025 | OWAA52 | 12 Mile/Lahser Southfield | 1:26 pm |
| 29 | 5/20/2025 | 8PMP91 | Grandriver/Ward Detroit | 2:00 pm |
| 30 | 5/20/2025 | EVU 5881 | Davison/6 Mile Detroit | 10:13 am |
| 31 | 5/20/2025 | 2134K5 Lift | Grandriver/Winthop, Dollar Tree lot Detroit | 8:41 am |
| 32 | 5/19/2025 | EXA 7558 Ford | Grandriver/Telegraph Detroit | 2:40 pm |
| 33 | 5/19/2025 | 6427 MG Handicap | | 7:34 am |

DOJ follow-up letter
3 of 5

| 34 | 5/19/2025 | EDF 884 | Livernois/Buenavista Detroit | 7:04 |
| 35 | 5/17/2025 | DXC 4933 | Grandriver/Telegraph Detroit | 1:05 pm |
| 36 | 5/15/2025 | EUR 4352 Red Ford Edge | Grandriver/Telrgraph Detroit | |
| 37 | 5/6/2025 | EVF 3648 Mercedes Benz White | Broadstreet/Collingwood Detroit | 6:40 – 7:00 am |
| 38 | 4/24/2025 | EGA 8757 | Greenfield/Tireman Detroit | |
| 39 | 4/8/2025 | IPQD71 | Schaefer Post Office,Detroit | |
| 40 | 4/5/2025 | EYC 4975 | Lodge service drive and Dexter following me, Detroit | |
| 41 | 3/30/25 | 7MZH3 US Army Veteran plate | 6mile/Beech daily Redford Township | 4:10 – 4:16 pm |
| 42 | 3/24/2025 | EBV 2428 | 17540 Grandriver Detroit, Monitoring | |
| 43 | 3/22/2025 | DNF 0926 | Southfielf Library, Monitoring | |
| 44 | 3/8/2025 | EVQ 7964 Lady Monitoring | Advance Auto Parts on Grandriver/Greenfield Detroit | |
| 45 | 3/7/2025 | 3JVJ1. Took a picture of my vehicle behind. | 14861 Schaefer Detroit | |

DOJ follow-up letter
4 of 5



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To  45 Dept of Justice
Street and Apt. No., or PO Box No.  950 Pennsylvania Ave N W,
City, State, ZIP+4®  Washington DC 20530-0101

7021 0350 0001 1115 3552

PS Form 3800, April 2015                See Reverse for Instructions

DOJ follow up letter –
5 of 5

EX K

**To:**

NAACP

4805 Mt. Hope Drive

Baltimore MD 21215

**From:**

Basil C. Ogbu

13101 Broadstreet Avenue

Detroit Michigan 48230

4/6/2025

**Subject: Urgent <u>Request for Civil Rights Legal Support – Harassment, Targeting, and Invention Suppression</u>**

Dear NAACP

I am writing as a U.S. citizen, Nigerian-American inventor, and patent holder seeking **urgent civil rights legal support.**

I have filed a formal complaint with the U.S. Department of Justice Civil Right Division regarding what I believe is a **coordinated and unconstitutional pattern of surveillance, harassment, and discrimination** targeted at me due to:

1. My race and national origin as a Nigerian-American,
2. My intellectual property: a patented medical wellness invention (US patent No. US10086182B2) that offers a plant-based, steam therapy-based approach to immune support and viral suppression,
3. Ongoing efforts to suppress or discredit my work, including suspected food tampering, stalking, and defamation by authorities labeling me with a "mental health" issue when I report these threats.

This pattern has impacted my personal safety, civil liberties, and professional freedom. I believe it represents a **violation of my constitutional rights,** and I am seeking legal representation or assistance from organizations committed to civil justice, whistleblower defense, and protection of black inventors.

I would greatly appreciate an opportunity to speak with someone from your legal intake team, or be directed to any resource or attorney aligned with your mission.

Please find a copy of DOJ complaint letter attached.

Thank you for your time, your work, and any support you can offer.

Sincerely,

Basil C. Ogbu

Phone: 3133330715

Email:

NAACP

1 of 3

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

| Certified Mail Fee | |
|---|---|
| $ | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$

Postmark
Here
APR 25

Sent To  N A A C P
Street and Apt. No., or PO Box No. 4805 MT HOPE DRIVE
City, State, ZIP+4  BALTIMORE MD 21215

7021 0350 0001 1115 4023

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

N A A C P
2 of 3



# NAACP

| Derrick Johnson | Leon W. Russell |
|---|---|
| *President and* | *Chairman* |
| *Chief Executive Officer* | *National Board of Directors* |

## OFFICE OF THE GENERAL COUNSEL

June 11, 2025

Basil C. Ogbu
13101 Broadstreet Avenue
Detroit, MI 48238

Dear Mr. Ogbu:

Your letter has been received and reviewed by the NAACP Legal Department.  We apologize for the delay in responding to your letter regarding your request for assistance with potential threats.

Regrettably, we are unable to assist with your case. Due to our current staffing, caseload, and prior commitments, we do not have a National Staff Attorney who can assist with your case. As a nonprofit Civil Rights Advocacy Organization, the NAACP specifically handles civil rights cases that invoke the most change in our nation.

You may wish to contact the Michigan State Conference of the NAACP to provide local assistance.

Michigan State Conference NAACP
8220 Second Avenue
Detroit, MI 48202
Phone: (313) 835-9671

Email:  stateconference@minaacp.org
Website: https://www.minaacp.org/

Thank you for bringing this matter to our attention.

Very truly yours,

The NAACP Legal Department

cc:  Derrick Johnson, President & CEO

NAACP 3 of 3

Ex L

**To:**

American Civil Liberties Union

2966 Woodward Ave

Detroit Michigan 48201

**From:**

Basil C. Ogbu

13101 Broadstreet Avenue

Detroit Michigan 48230

4/6/2025

**Subject: Urgent <u>Request for Civil Rights Legal Support – Harassment, Targeting, and Invention Suppression</u>**

Dear ACLU

I am writing as a U.S. citizen, Nigerian-American inventor, and patent holder seeking **urgent civil rights legal support.**

I have filed a formal complaint with the U.S. Department of Justice Civil Right Division regarding what I believe is a **coordinated and unconstitutional pattern of surveillance, harassment, and discrimination** targeted at me due to:

1. My race and national origin as a Nigerian-American,
2. My intellectual property: a patented medical wellness invention (US patent No. US10086182B2) that offers a plant-based, steam therapy-based approach to immune support and viral suppression,
3. Ongoing efforts to suppress or discredit my work, including suspected food tampering, stalking, and defamation by authorities labeling me with a "mental health" issue when I report these threats.

This pattern has impacted my personal safety, civil liberties, and professional freedom. I believe it represents a **violation of my constitutional rights,** and I am seeking legal representation or assistance from organizations committed to civil justice, whistleblower defense, and protection of black inventors.

I would greatly appreciate an opportunity to speak with someone from your legal intake team, or be directed to any resource or attorney aligned with your mission.

Please find a copy of DOJ complaint letter attached.

Thank you for your time, your work, and any support you can offer.

Sincerely,

Basil C.Ogbu

Phone: 3133330715

Email:

A C L U
1 of 2



U.S. Postal Service
CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

Sent To  American Civil Liberties Un
Street and Apt. No., or PO Box No.  2966 Woodward Ave
City, State, ZIP+4  Detroit MI 48201

Postmark Here
APR

PS Form 3800, April 2015                  See Reverse for Instructions

7021 0350 0001 1115 4047

ACLY
2 of 2

**To:**

Honorable Representative Shri Thanedar

154 Cannon House Office Building

Washington, DC 20515

_ƎxM_

**From:**

Basil C. Ogbu

13101 Broadstreet Avenue

Detroit Michigan 48230

4/6/2025

**Subject: Urgent Request for Civil Rights Legal Support – Harassment, Targeting, and Invention Suppression**

Dear Honorable Member Thanedar,

I am writing as a U.S. citizen, Nigerian-American inventor, and patent holder seeking **urgent civil rights legal support.**

I have filed a formal complaint with the U.S. Department of Justice Civil Right Division regarding what I believe is a **coordinated and unconstitutional pattern of surveillance, harassment, and discrimination** targeted at me due to:

1. My race and national origin as a Nigerian-American,
2. My intellectual property: a patented medical wellness invention (US patent No. US10086182B2) that offers a plant-based, steam therapy-based approach to immune support and viral suppression,
3. Ongoing efforts to suppress or discredit my work, including suspected food tampering, stalking, and defamation by authorities labeling me with a "mental health" issue when I report these threats.

This pattern has impacted my personal safety, civil liberties, and professional freedom. I believe it represents a **violation of my constitutional rights,** and I am seeking legal representation or assistance from organizations committed to civil justice, whistleblower defense, and protection of black inventors.

I would greatly appreciate an opportunity to speak with someone from your legal intake team, or be directed to any resource or attorney aligned with your mission.

Please find a copy of DOJ complaint letter attached.

Thank you for your time, your work, and any support you can offer.

Sincerely,

Basil C.Ogbu


Phone: 3133330715

Email:

_Congressman Thanedar_

_1 of 2_



Congressman Thanedar

2 of 2

Basil C. Ogbu

13101 Broadstreet Avenue

Detroit, MI 48238

Email: bcogbu@yahoo.com

Phone: (313) 333-0715


July 10, 2025


Clerk of Court

United States District Court

Eastern District of Michigan

231 W. Lafayette Blvd

Detroit, MI 48226


**Re: Basil C. Ogbu v. United States Department of Justice, Civil Rights Division, FBI, et al.**

Dear Clerk of Court,


Please find enclosed for filing in the above-captioned matter the following documents:


1. Civil Cover Sheet (JS-44)

2. Complaint for Violation of Civil Rights

3. Motion for Appointment of Counsel

4. Emergency Motion for Temporary Restraining Order and Preliminary Injunction

5. Declaration in Support of Emergency Motion

6. Certificate of Service

7. Exhibit Index

8. Exhibits A through M

Clerk
1 of 2

I respectfully request that these documents be filed accordingly. If filing by mail, I would appreciate a file-stamped copy returned to me in the enclosed self-addressed stamped envelope (if applicable).

Thank you for your attention to this matter.

Respectfully,

Basil C. Ogbu

Pro Se Plaintiff

Clerk
2 of 2