UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BASIL C. OGBU,

       Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, CIVIL RIGHTS DIVISION,
et al.,

       Defendants.
                                      /

Case No. 2:25-cv-12105

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated November 24, 2025, Plaintiff's claims against the Department of Justice and the Federal Bureau of Investigation are dismissed with prejudice, and Plaintiff's claims against unnamed Defendants are dismissed without prejudice.

                                    KINIKIA ESSIX
                                    CLERK OF THE COURT

                                    BY: s/ R. Loury

Dated: November 24, 2025

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

1